Kenneth Cordell **ROBINSON,**
Petitioner–Appellant,

v.

**CHILDRESS, Warden, Respondent–Appellee.**

No. 05–41690

**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Feb. 13, 2007.

Kenneth Cordell Robinson, Beaumont, TX, pro se.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

Kenneth Cordell Robinson, federal prisoner # 87578–079, appeals the denial of his 28 U.S.C. § 2241 petition, wherein he challenged his conviction and sentence for distributing cocaine base. The district court determined that Robinson's claims could not be raised in a § 2241 petition and failed to satisfy the requirements of the savings clause under 28 U.S.C. § 2255.

Robinson has not argued, much less shown, that he is entitled to proceed under § 2241 based on the savings clause of § 2255. *See Reyes–Requena v. United States,* 243 F.3d 893, 900–01, 904 (5th Cir. 2001); *Yohey v. Collins,* 985 F.2d 222, 224–25 (5th Cir.1993); *Brinkmann v. Dallas County Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir.1987). Accordingly, the district court's judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.